**Notice to all attorneys:** Mandatory electronic filing begins January 1, 2005. See www.canb.uscourts.gov for details.

Form ODSC7fi

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Jose)

| | |
|---|---|
| In re:<br>Erwin Annau<br>769 Old San Jose Road<br>Soquel, CA 95073<br><br>Debtor(s)<br><br>**Debtor/Joint Debtor Social Security Number(s):**<br>xxx–xx–0423 | Case Number: 05–50201 JRG 7<br>Chapter: 7 |

## DISCHARGE OF DEBTOR AND FINAL DECREE

    It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED** :
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

    It further appears that the trustee, John W. Richardson in the above–entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

    ORDERED that the chapter 7 case of the above–named debtor is closed; that the Trustee is discharged and relieved of said trust.

Dated: 5/13/05            By the Court:

                                        James R. Grube
                                        United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 8

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0971-5          User: mkadotani          Page 1 of 2                Date Rcvd: May 13, 2005
Case: 05-50201                Form ID: ODSC7fi         Total Served: 53


The following entities were served by first class mail on May 15, 2005.
db       +Erwin Annau,   769 Old San Jose Road,   Soquel, CA 95073-2316
smg       CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
           Sacramento, CA  94280-0001
smg       Secretary of The Treasury,   15th and Pennsylvania Ave. NW,   Washington, DC  20220-0001
smg       State Board of Equalization,   Attn: Special Procedures Section, MIC:55,   P.O. Box 942879,
           Sacramento, CA  94279
cr        American Express Travel Related Svcs Co Inc Corp C,   c/o Becket and Lee LLP,   P.O. Box 3001,
           Malvern, PA  19355-0701
7753583  +Adobe Sales,   2150 Rheem Drive, Ste. A,   Pleasanton, CA 94588-2689
7753584   American Express Travel Related Svcs. Co. Inc.,   c/o Becket and Lee LLP,   PO Box 3001,
           Malvern, PA 19355-0701
7753585   American Express, Small Business Service,   P.O. Box 297884,   Fort Lauderdale, FL 33329-7884
7753627   Asset Acceptance LLC,   PO Box 2036,   Acct# 17331054,   Warren, MI 48090-2036
7753586  +Attorney General,   Civ. Tri. Sec West. Reg.,   Box 683, Ben Franklin Station,
           Washington, DC 20044-0683
7753587   Bank of America,   P.O. Box 2463,   Spokane, WA 99210-2463
7753589  +Cellular One, Santa Cruz County,   P.O. Box 61000,   San Francisco, CA 94161-0001
7753590  +Citibank Mastercard,   P.O. Box 6408,   The Lanes, NV  88202-6408
7753591   Coast Commercial Visa,   P.O. Box 2814,   Omaha, NE 68103-2814
7753592   Controller of State of California,   Division of Tax Administration,   PO Box 982850,
           Sacramento, CA 94250-5880
7753593  +County of Santa Clara,   Attention: County Tax Collector,   70 West Hedding Street,
           San Jose, CA 95110-1705
7753594   Department of Motor Vehicles,   PO Box 932382,   Sacramento, CA 94232-3820
7753596  +Elite Packaging,   1550 S. Sinclair Street,   Anaheim, CA 92806-5933
7753597   Employment Development Department,   MIC-92-E,   PO Box 944203,   Sacramento, CA 94244-2030
7753598   Fancy Publications,   P.O. Box 57900,   Los Angeles, CA 90057-0900
7753599   First Bank Card,   P.O. Box 2814,   Omaha, NE 68103-2814
7778955  +First National Bank of Omaha,   PO Box 2951,   Omaha, NB  68103-2951
7753602  +Freightquote.Com,   P.O. Box 805101,   Kansas City, MO 64180-0001
7753604   GF Funding Corp IV,   Dept. #1011,   Denver, CO 80291-1011
7753603   George Heidorn,   8211 165th Place, NE,   Bellevue, WA 98008
7753607  +Kent Landsberg Co.,   2124 Bering Drive,   San Jose, CA 95131-2013
7753609   MBNA America,   P.O. Box 15028,   Wilmington, DE 19886-5025
7753608   Mastercard, Advanta Business Cards,   P.O. Box 30715,   Salt Lake City, UT 84130-0715
7753610  +NIESAR & DIAMOND LLP,   90 New Montgomery Street, 9th Floor,   San Francisco, CA 94105-4504
7753611  +One Stop Logistics,   80 Aspen Way,   Watsonville, CA 95076-3084
7753613   PG&E,   Box 997300,   Sacramento, CA 95899-7300
7753612   Pacific Bell Payment Center,   Sacramento, CA 95887-0001
7753614  +Raindrop Drinking Water,   3020 Prather Lane,   Santa Cruz, CA 95065-1817
7753615  +Remi Property Management,   555 Soquel Avenue, Suite 360,   Santa Cruz, CA 95062-2329
7753616   Santa Cruz Emergency Physicians,   Medical Group,   PO Box 110666,   Tacoma, WA 98411-0666
7753617   Santa Cruz Medical Clinic,   PO Box 1833,   Santa Cruz, CA 95061-1833
7753618  +Santa Cruz Unsecured Taxes,   PO Box 1817,   Santa Cruz, CA 95061-1817
7753619  +Sierra Cities,   600 Travis, Ste. 1300,   Houston, TX 77002-3005
7753620   State Board of Equalization,   Attention: Collection Unit,   PO Box 942879,
           Sacramento, CA 94279-0001
7753621   Suntrust Visa,   Bankcard Services,   P.O. Box 15026,   Wilmington, DE 19850-5026
7753622  +U.S. Securities and Exchange,   Commission, Attn: Bankruptcy,   5670 Wilshire Blvd, 11th Floor,
           Los Angeles, CA 90036-5627
7753623  +UNI-TEL,   Communications Group,   47 E. Chicago Avenue, Ste. 328,   Naperville, IL 60540-5360
7753624   United Parcel Service,   P.O. Box 505820,   The Lakes, NV 88905-5820
7753626  +Wm. McGivern, U.S. Atty.,   Attention: Chief, Tax Division,   450 Golden Gate Avenue,   16th Floor,
           San Francisco, CA 94102-3426

The following entities were served by electronic transmission on May 14, 2005 and receipt of the transmission
was confirmed on:
smg       EDI: CALTAX.COM May 14 2005 01:15:00      CA Franchise Tax Board,   Attn: Special Procedures,
           P.O. Box 2952,   Sacramento, CA  95812-2952
cr        EDI: BECKLEE.COM May 14 2005 01:15:00     American Express Centurion Bank,   P.O. Box 3001,
           Malvern, PA  19355-0701
7790972   EDI: BECKLEE.COM May 14 2005 01:15:00     American Express Centurion Bank,   c/o Becket and Lee LLP,
           PO Box 3001,   Malvern, PA 19355-0701
7753587   EDI: BANKAMER2.COM May 14 2005 01:14:00   Bank of America,   P.O. Box 2463,
           Spokane, WA 99210-2463
7753588   EDI: BANKAMER.COM May 14 2005 01:15:00    Bank of America,   P.O. Box 53101,
           Phoenix, AZ 85072-3101
7753595   EDI: DISCOVER.COM May 14 2005 01:14:00    Discover Card,   PO Box 15192,
           Wilmington, DE 19850-5192
7753600   EDI: FIRSTUSA.COM May 14 2005 01:16:00    First USA,   PO Box 8650,   Wilmington, DE 19899-8650
7753601   EDI: CALTAX.COM May 14 2005 01:15:00      Franchise Tax Board,   Attention: Secial Procedures,
           PO Box 2952,   Sacramento, CA 95812-2952
7753606  +EDI: IRS.COM May 14 2005 01:14:00         Internal Revenue Service,   Special Procedure Branch,
           PO Box 99,   San Jose, CA 95103-0099
7753625   EDI: BANKAMER.COM May 14 2005 01:15:00    Visa, Bank of America,   P.O. Box 2930,
           Phoenix, AZ 85062-2930
                                                                                             TOTAL: 10
```

```
District/off: 0971-5          User: mkadotani          Page 2 of 2          Date Rcvd: May 13, 2005
Case: 05-50201                Form ID: ODSC7fi         Total Served: 53

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7753582       Erwin Annau
7753605*      GF Funding Corp IV,   Dept #1011,   Denver, CO 80291-1011
                                                                                    TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2005**          **Signature:**    _Joseph Speetjens_